RECEIVED
JAN 22 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court
## District of Minnesota

*United States Courthouse, Suite 202*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*Richard D. Sletten, Clerk*
*(651) 664-5000*

***Direct Reply To:***
*Sheri Carlson*
*Financial Billing Technician*
*(612) 664-5016*

March 17, 2003

**RE:** **Case Name:** USA vs Troy Lamar Kipper RHK/SRN
**BOP Register No:** 10130-041
**Case Number:** 0:01-CR-00266

**NOTICE OF SPECIAL ASSESSMENT PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $100.00 | 3/14/03 |

Comments: The balance of the February payment was applied to the special assessment for Case number 0:01-CR-00266.

Sincerely,

RICHARD D. SLETTEN, CLERK
UNITED STATES DISTRICT COURT

Sheri Carlson

By: Sheri Carlson
Financial Billing Technician

cc: FRP Coordinator

SCANNED
JAN 2 2 2007
U.S. DISTRICT COURT MPLS