Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Troy Lamar Kipper,

        Defendant.

**RECEIVED**

FEB 23 2012

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

Docket No. 0:01CR00266-001

On August 22, 2008, the above defendant was placed on supervision for a period of 4 years supervised release. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 23 day of February 2012.

_____
Honorable Richard H. Kyle
Senior U.S. District Judge

c: DeeDee Thaisen, U.S. Probation Officer

SCANNED
FEB 2 3 2012
U.S. DISTRICT COURT ST. PAUL